HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS R. HOPKINS,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL AND
HEALTH SERVICES; JOHN DOE, et al;
D.V.R.; JOHN DOE, et al,

    Defendants.

Case No. C07-5672RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon plaintiff's Application to Proceed *In Forma Pauperis* [Dkt. #1]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On December 3, 2007 plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Proposed Complaint. On January 9, 2008 this matter was reassigned to this Court as related to C07-5621RBL, *Hopkins v. Tacoma Municipal Court, et. al.* The Application indicates that plaintiff is not employed but does not indicate what his previous salary was or the date of his last employment. However, in plaintiff's first Application in C07-5621RBL he stated that he was employed but the salary information was indecipherable [C07-5621RBL, Dkt. #1]. In that case the Court directed plaintiff to file a corrected Application. [C07-5621RBL, Dkt. #2]. The corrected Application stated that he was no longer employed but did not provide salary information nor the date of his last employment. In response to his corrected Application, on December 13, 2007 this Court entered an Order in C07-5621RBL (and in another case in which Hopkins is the plaintiff,

ORDER
Page - 1

1  C07-5638RBL) denying his Application to Proceed *In Forma Pauperis* and directing plaintiff to pay the filing
2  fee or face dismissal of his complaint. [C07-5621RBL, Dkt. #8].
3        The Application in this case suffers from the same defects as the Applications in C07-5621RBL and
4  C07-5638RBL.  Plaintiff has been given multiple opportunities in other cases to correct his deficient
5  Applications and he refuses to do so; therefore, the Court will not engage in the useless exercise of permitting
6  plaintiff to amend his Application in this case.  It is hereby
7        **ORDERED** that plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED**.  All pending
8  motions are hereby **STRICKEN**.  Plaintiff shall have thirty (30) days to pay the filing fee or this case will be
9  **DISMISSED**.
10        The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
11  pro se.
12        Dated this 15th day of January, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE