# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS R. HOPKINS

        v.

DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5672RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    Thirty days have passed since the Order was entered on January 15, 2008, and the filing fee has not been paid.

   IT IS ORDERED AND ADJUDGED that this cause of action is **DISMISSED.**

  February 21, 2008                            BRUCE RIFKIN
Date                                                      Clerk

                                                    *s/CM Gonzalez*
                                                    Deputy Clerk